# Exhibit 11

**Exhibit 11: Claim Chart Showing Infringement of US Patent No. 8,615,487 by the Scandit Barcode Scanner SDK[1]**

Scandit directly and/or indirectly infringes the claims of U.S. Patent No. 8,615,487 (the "'487 Patent") because the Scandit Barcode Scanner SDK practices the claims of the '487 Patent. The Scandit Barcode Scanner SDK is representative of certain other Scandit products at least because other Scandit products function in the same or substantially similar manner to the Scandit Barcode Scanner SDK or incorporate the Scandit Barcode Scanner SDK. Hand Held Products contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.

| US Patent No. 8,615,487 | Description of Infringement |
|---|---|
| 23. A system for storing and retrieving information content related to an identifier bearing item, the system comprising: | To the extent the preamble is limiting, the Scandit Barcode Scanner SDK is a system for storing and retrieving information content related to an identifier bearing item.<br><br>See, for example, the below excerpts from Scandit's website which illustrate that the Scandit Barcode Scanner SDK is configured on a mobile device and supports multiple operating systems.<br><br>## Scandit SDK C API Documentation<br><br>The Scandit C API offers a low-level interface to the data capture SDK. The low-level API is the default interface on Linux but it is also available for Android, iOS and Windows on request. This interface is very limited compared to the Data Capture API provided in the SDKs for all platforms. It allows you to pass image data directly to the data capture modules such as barcode scanning. The API does not include a user interface, image / stream management or advanced camera control. On Linux a basic camera interface for Video4Linux 2 (V4L2) cameras is provided.<br><br>## Target Audience<br><br>If you are creating a mobile application for Android, iOS or Windows where the Scandit SDK is the only camera user then you should not use the low-level API and use the Data Capture API instead. Possible scenarios requiring the low-level API are:<br><br>• You are building an embedded system with custom camera handling.<br>• You are building a batch or single image processing system on an embedded system or server.<br>• You are building a mobile application where multiple consumers (other vision frameworks) access the camera stream and therefore the camera control can not be done by the Scandit Data Capture API.<br><br>https://docs.scandit.com/stable/c_api/index.html? |

---

[1] This claim chart is based on the information currently available to Hand Held Products and is intended to be exemplary in nature. Hand Held Products reserves all rights to update and elaborate its infringement positions, including as Hand Held Products obtains additional information during the course of discovery.

See also, for example, the below excerpts from Scandit's product brochure which indicate that the Scandit Barcode Scanner SDK stores and retrieves information (*e.g.*, "identify a product" or "identifying a product to then display information about it") related to an item (*e.g.*, a product) with an identifier (*e.g.*, a barcode). The Scandit Barcode Scanner SDK also retrieves and displays real-time data "from any data source" about the product on the smart device.

## Scanning Performance

Scanning powers core business processes in many industries. When developing applications for high-volume and/or critical services used by employees or customers, consistent performance of the scanning engine is vital.

The scan is either the primary action of the app, e.g. capturing data via a barcode to identify a product, or it's the initiating task within the app, e.g. identifying a product to then display information about it.



**Performance Considerations**

When selecting your software scanning solution consider your needs fully, from a business critical and user experience perspective, taking account of:


✔ **Barcode scan speeds, volume and accuracy**


✔ **Ease of use** (angles and distance)


✔ **Barcode symbologies to be scanned**


✔ **Robustness and reliability**


✔ **Real-life conditions** (poor light, damaged labels etc.)

| | |
|---|---|
| | ## Future-proofing<br><br>Consider the long-term. Open source is limiting, often unreliable and requires high levels of unplanned maintenance just to maintain the initial functionality, before future improvements are considered.<br><br>When investing in a platform for future innovation, a critical success factor is the ability for software to evolve as your business evolves. With Scandit, what starts as single barcode scanning functionality can easily evolve into more advanced functionality. For example, with the addition of Scandit's augmented reality (AR) – overlays, real-time information can be displayed on the device screen from any data source. This opens up possibilities for new services such as giving customers product information and reviews or providing employees with stock levels and delivery data.<br><br>https://www.scandit.com/wp-content/uploads/2019/11/scandit-or-open-source-software.pdf <br><br>## $100k<br><br>Creating an in-house team of computer vision technical experts to future-proof innovation adoption is a costly business. Assume **$100K per full-time** |
| a reader capable of reading an identifier on the identifier bearing item to generate identifier data; | The Scandit Barcode Scanner SDK is a reader capable of reading an identifier on the identifier bearing item to generate identifier data.<br><br>See, for example, the below excerpts from Scandit's website which illustrates that the Scandit Barcode Scanner SDK is configured to adapt a smart phone into a barcode reader to read barcode symbologies to identify a product and generate data about that product. |

3

# Turn Smart Devices into Smart Data Capture Tools

If you're looking to add fast, accurate and reliable barcode scanning or augmented reality (AR) to native apps, this is the SDK that does it. Our Barcode Scanner SDK provides unmatched speed, accuracy and intelligence, supporting over 20,000 mobile device models and all major barcode types. All processing happens on the device, which greatly reduces latency and increases data security.

# What Functionality is in the Barcode Scanner SDK?

Scan single or multiple barcodes. We provide camera controls and decoding. Move fast with our smart pre-built components including reusable AR overlays and UIs optimized for high-speed scanning. Or customize your own interactions.

https://www.scandit.com/products/barcode-scanner-sdk/

## Scanning Performance

Scanning powers core business processes in many industries. When developing applications for high-volume and/or critical services used by employees or customers, consistent performance of the scanning engine is vital.

The scan is either the primary action of the app, e.g. capturing data via a barcode to identify a product, or it's the initiating task within the app, e.g. identifying a product to then display information about it.



### Performance Considerations

When selecting your software scanning solution consider your needs fully, from a business critical and user experience perspective, taking account of:

 **Barcode scan speeds, volume and accuracy**

 **Ease of use**
(angles and distance)

 **Barcode symbologies to be scanned**

 **Robustness and reliability**

 **Real-life conditions**
(poor light, damaged labels etc.)

5

## Future-proofing

Consider the long-term. Open source is limiting, often unreliable and requires high levels of unplanned maintenance just to maintain the initial functionality, before future improvements are considered.



When investing in a platform for future innovation, a critical success factor is the ability for software to evolve as your business evolves. With Scandit, what starts as single barcode scanning functionality can easily evolve into more advanced functionality. For example, with the addition of Scandit's augmented reality (AR) – overlays, real-time information can be displayed on the device screen from any data source. This opens up possibilities for new services such as giving customers product information and reviews or providing employees with stock levels and delivery data.

# $100k

Creating an in-house team of computer vision technical experts to future-proof innovation adoption is a costly business. Assume **$100K per full-time**

https://www.scandit.com/wp-content/uploads/2019/11/scandit-or-open-source-software.pdf

# iOS SDK Samples

This page provides a list of samples available for the Scandit Data Capture SDK for iOS. Each sample demonstrates a specific feature or use case of the SDK.



**Search and Find**
Use barcode capture to define search criteria by scanning items, and MatrixScan Find can then be launched to find the pre-defined item.

https://docs.scandit.com/sdks/ios/samples/

| a data storage device containing a plurality of information content files; | The Scandit Barcode Scanner SDK is a data storage device containing a plurality of information content files. See for example, the below excerpts from Scandit's website which illustrate that the Scandit Barcode Scanner SDK is configured on a smart device with data storage capabilities (*e.g.*, memory) and which are connected to a library containing information (*e.g.,* barcode symbologies and product data). |
|---|---|

**What is a barcode scanner SDK?** ⌃

A barcode scanner SDK (software development kit) is a collection of code and documentation that allows a developer to add barcode scanning to their mobile or web application. It's composed of a barcode scanning library plus APIs (application programming interfaces), written documentation, code samples and tutorials.

The core of a barcode scanner SDK is the scanning library or scanning engine – computer vision software that detects and decodes barcodes, often using artificial intelligence. This software is often patented.

APIs (application programming interfaces) then allows developers to connect the core scanning library to their app. Scandit's barcode scanning software can be integrated into a webpage using Javascript, or in frameworks including React Native, Native iOS, Native Android, Xamarin, Flutter, .NET (iOS and Android), Cordova, Capacitor, and Titanium. Documentation, tutorials and code samples give guidance on how to do this and also cover important features such as usability and scanning interface design.

**What is a barcode scanner API?** ⌃

A barcode scanner API (Application Programming Interface) is code that allows developers to add a barcode scanning library or scan engine to their mobile or web application.

The barcode scanning library (usually specialist computer vision software and often proprietary) handles the core scanning functionality. The API both connects the barcode scanning library to the camera feed and sends the scan results to the rest of the application.

https://www.scandit.com/products/barcode-scanner-sdk/ (see "FAQ" section)

8

## Scanning Performance

Scanning powers core business processes in many industries. When developing applications for high-volume and/or critical services used by employees or customers, consistent performance of the scanning engine is vital.

The scan is either the primary action of the app, e.g. capturing data via a barcode to identify a product, or it's the initiating task within the app, e.g. identifying a product to then display information about it.



**Performance Considerations**

When selecting your software scanning solution consider your needs fully, from a business critical and user experience perspective, taking account of:

 **Barcode scan speeds, volume and accuracy**

 **Ease of use** (angles and distance)

 **Barcode symbologies to be scanned**

 **Robustness and reliability**

 **Real-life conditions** (poor light, damaged labels etc.)

9

## Future-proofing

Consider the long-term. Open source is limiting, often unreliable and requires high levels of unplanned maintenance just to maintain the initial functionality, before future improvements are considered.



When investing in a platform for future innovation, a critical success factor is the ability for software to evolve as your business evolves. With Scandit, what starts as single barcode scanning functionality can easily evolve into more advanced functionality. For example, with the addition of Scandit's augmented reality (AR) – overlays, real-time information can be displayed on the device screen from any data source. This opens up possibilities for new services such as giving customers product information and reviews or providing employees with stock levels and delivery data.

# $100k

Creating an in-house team of computer vision technical experts to future-proof innovation adoption is a costly business. Assume **$100K per full-time**

https://www.scandit.com/wp-content/uploads/2019/11/scandit-or-open-source-software.pdf

# iOS SDK Samples

This page provides a list of samples available for the Scandit Data Capture SDK for iOS. Each sample demonstrates a specific feature or use case of the SDK.





Progress bar when searching for multiple items

Pulsing blue dot and audio feedback for matching items

White dot for non-matching items

Pause button

Notification of completion

Search item with status

Finish process

**Search and Find**
Use barcode capture to define search criteria by scanning items, and MatrixScan Find can then be launched to find the pre-defined item.

https://docs.scandit.com/sdks/ios/samples/

| a terminal configured to store general file access information and database connection information, the general file access information including at least | Scandit Barcode Scanner SDK is a terminal configured to store general file access information and database connection information where the general file access information includes a data storage device connection information. |
| --- | --- |
| | See, for example, the below excerpts from Scandit's website which illustrate that the Scandit Barcode Scanner SDK is configured on a smart device and is connected to a database (*e.g.*, library) to store information (*e.g.*, a barcode scan or product information) while maintaining device connection information. |

| data storage device connection information; and | 🏠 › Barcode Scanning › Single Scanning › Barcode Selection › Get Started |
|---|---|

# Get Started

In this guide you will learn step-by-step how to add Barcode Selection to your application.

The general steps are:

— Creating a new Data Capture Context instance

— Configuring the Barcode Selection settings

— Creating a new Barcode Selection mode instance

— Registering the listener to receive scan events:

    — Processing the successful scans according to your application's needs, e.g. by looking up information in a database

    — Deciding whether more codes will be scanned, or the scanning process should be stopped

— Obtaining the camera instance and set as frame source

https://docs.scandit.com/sdks/ios/barcode-selection/get-started/

12

Frequently Asked Questions (FAQ) > Barcode Capture SDK > SDK Capabilities

# How to get product information on the scanned item?

Scandit has deprecated its Product API lookup and the corresponding database of product details.

In case you require to query product details, we kindly ask you to look for available databases. There are free ones, as well as commercial databases available.

https://support.scandit.com/hc/en-us/articles/208952705-How-to-get-product-information-on-the-scanned-item



13

https://vimeo.com/858594982; https://www.scandit.com/products/barcode-scanner-sdk/ (explanatory text added)



https://docs.scandit.com/sdks/ios/samples/

14



https://www.scandit.com/resources/guides/scandit-express-product-brochure/

## What is a barcode scanner SDK?

A barcode scanner SDK (software development kit) is a collection of code and documentation that allows a developer to add barcode scanning to their mobile or web application. It's composed of a barcode scanning library plus APIs (application programming interfaces), written documentation, code samples and tutorials.

The core of a barcode scanner SDK is the scanning library or scanning engine – computer vision software that detects and decodes barcodes, often using artificial intelligence. This software is often patented.

APIs (application programming interfaces) then allows developers to connect the core scanning library to their app. Scandit's barcode scanning software can be integrated into a webpage using Javascript, or in frameworks including React Native, Native iOS, Native Android, Xamarin, Flutter, .NET (iOS and Android), Cordova, Capacitor, and Titanium. Documentation, tutorials and code samples give guidance on how to do this and also cover important features such as usability and scanning interface design.

15

| | |
|---|---|
| | **What is a barcode scanner API?** ∧ |
| | A barcode scanner API (Application Programming Interface) is code that allows developers to add a barcode scanning library or scan engine to their mobile or web application. |
| | The barcode scanning library (usually specialist computer vision software and often proprietary) handles the core scanning functionality. The API both connects the barcode scanning library to the camera feed and sends the scan results to the rest of the application. |
| | https://www.scandit.com/products/barcode-scanner-sdk/ (see "FAQ" section) |
| a database containing a plurality of identifier data entries and a plurality of file data entries, each of the plurality of identifier data entries associated with at least one of the file data entries, | The Scandit Barcode Scanner SDK is a database containing a plurality of identifier data entries and a plurality of file data entries, each of the plurality of identifier data entries associated with at least one of the file data entries.<br><br>See, for example, the below excerpts from Scandit's website which illustrates that the Scandit Barcode Scanner SDK is configured on a smart device and connected to a database which stores identifier data regarding a product labeled with a barcode. |

16

🏠 › Barcode Scanning › Single Scanning › Barcode Selection › Get Started

# Get Started

In this guide you will learn step-by-step how to add Barcode Selection to your application.

The general steps are:

— Creating a new Data Capture Context instance

— Configuring the Barcode Selection settings

— Creating a new Barcode Selection mode instance

— Registering the listener to receive scan events:

    — Processing the successful scans according to your application's needs, e.g. by looking up information in a database

    — Deciding whether more codes will be scanned, or the scanning process should be stopped

— Obtaining the camera instance and set as frame source

https://docs.scandit.com/sdks/ios/barcode-selection/get-started/

17

Frequently Asked Questions (FAQ) > Barcode Capture SDK > SDK Capabilities

# How to get product information on the scanned item?

Scandit has deprecated its Product API lookup and the corresponding database of product details.

In case you require to query product details, we kindly ask you to look for available databases. There are free ones, as well as commercial databases available.

https://support.scandit.com/hc/en-us/articles/208952705-How-to-get-product-information-on-the-scanned-item



18

https://vimeo.com/858594982; https://www.scandit.com/products/barcode-scanner-sdk/ (explanatory text added)



https://docs.scandit.com/sdks/ios/samples/

19



https://www.scandit.com/resources/guides/scandit-express-product-brochure/

## What is a barcode scanner SDK?

A barcode scanner SDK (software development kit) is a collection of code and documentation that allows a developer to add barcode scanning to their mobile or web application. It's composed of a barcode scanning library plus APIs (application programming interfaces), written documentation, code samples and tutorials.

The core of a barcode scanner SDK is the scanning library or scanning engine – computer vision software that detects and decodes barcodes, often using artificial intelligence. This software is often patented.

APIs (application programming interfaces) then allows developers to connect the core scanning library to their app. Scandit's barcode scanning software can be integrated into a webpage using Javascript, or in frameworks including React Native, Native iOS, Native Android, Xamarin, Flutter, .NET (iOS and Android), Cordova, Capacitor, and Titanium. Documentation, tutorials and code samples give guidance on how to do this and also cover important features such as usability and scanning interface design.

20

**What is a barcode scanner API?**                                              ∧

A barcode scanner API (Application Programming Interface) is code that allows developers to add a barcode scanning library or scan engine to their mobile or web application.

The barcode scanning library (usually specialist computer vision software and often proprietary) handles the core scanning functionality. The API both connects the barcode scanning library to the camera feed and sends the scan results to the rest of the application.

https://www.scandit.com/products/barcode-scanner-sdk/ (see "FAQ" section)

See also, for example, the below excerpts from Scandit's website which illustrates that the Scandit Barcode Scanner SDK retrieves data from a database to identify a barcode and display product information related to that barcode identifier.

## Scanning Performance

Scanning powers core business processes in many industries. When developing applications for high-volume and/or critical services used by employees or customers, consistent performance of the scanning engine is vital.

The scan is either the primary action of the app, e.g. capturing data via a barcode to identify a product, or it's the initiating task within the app, e.g. identifying a product to then display information about it.



**Performance Considerations**

When selecting your software scanning solution consider your needs fully, from a business critical and user experience perspective, taking account of:

 **Barcode scan speeds, volume and accuracy**

 **Ease of use** (angles and distance)

 **Barcode symbologies to be scanned**

 **Robustness and reliability**

 **Real-life conditions** (poor light, damaged labels etc.)

## Future-proofing

Consider the long-term. Open source is limiting, often unreliable and requires high levels of unplanned maintenance just to maintain the initial functionality, before future improvements are considered.



When investing in a platform for future innovation, a critical success factor is the ability for software to evolve as your business evolves. With Scandit, what starts as single barcode scanning functionality can easily evolve into more advanced functionality. For example, with the addition of Scandit's augmented reality (AR) – overlays, real-time information can be displayed on the device screen from any data source. This opens up possibilities for new services such as giving customers product information and reviews or providing employees with stock levels and delivery data.

# $100k

Creating an in-house team of computer vision technical experts to future-proof innovation adoption is a costly business. Assume **$100K per full-time**

https://www.scandit.com/wp-content/uploads/2019/11/scandit-or-open-source-software.pdf

# iOS SDK Samples

This page provides a list of samples available for the Scandit Data Capture SDK for iOS. Each sample demonstrates a specific feature or use case of the SDK.

 

Progress bar when searching for multiple items

Pulsing blue dot and audio feedback for matching items

White dot for non-matching items

Pause button

Notification of completion

Search item with status

Finish process

**Search and Find**
Use barcode capture to define search criteria by scanning items, and MatrixScan Find can then be launched to find the pre-defined item.

https://docs.scandit.com/sdks/ios/samples/

| wherein an information content file request transmitted by the terminal to the data storage device is based on at least the general file access information | Upon information and belief, the Scandit Barcode Scanner SDK bases the information content file request transmitted by the termination to the data storage device on the general file access information and on one of the file data entries, where one of the file data entries is received in response to a file data entry requested transmitted by the terminal to the database. |
|---|---|
| | See, for example, the below excerpts from Scandit's website which illustrate that the Scandit Barcode Scanner SDK is configured on a smart device and is connected to a database (e.g., library) to store information (e.g., a barcode scan or product information) while maintaining device connection information. |

and on one of the file data entries, the one of the file data entries being received in response to a file data entry request transmitted by the terminal to the database.

🏠 › Barcode Scanning › Single Scanning › Barcode Selection › Get Started

# Get Started

In this guide you will learn step-by-step how to add Barcode Selection to your application.

The general steps are:

— Creating a new Data Capture Context instance

— Configuring the Barcode Selection settings

— Creating a new Barcode Selection mode instance

— Registering the listener to receive scan events:

    — Processing the successful scans according to your application's needs, e.g. by looking up information in a database

    — Deciding whether more codes will be scanned, or the scanning process should be stopped

— Obtaining the camera instance and set as frame source

https://docs.scandit.com/sdks/ios/barcode-selection/get-started/

25

Frequently Asked Questions (FAQ) > Barcode Capture SDK > SDK Capabilities

## How to get product information on the scanned item?

Scandit has deprecated its Product API lookup and the corresponding database of product details.

In case you require to query product details, we kindly ask you to look for available databases. There are free ones, as well as commercial databases available.

https://support.scandit.com/hc/en-us/articles/208952705-How-to-get-product-information-on-the-scanned-item



Previously scanned barcodes identified

Barcode marked with indicator

https://vimeo.com/858594982; https://www.scandit.com/products/barcode-scanner-sdk/ (explanatory text added)



https://docs.scandit.com/sdks/ios/samples/

27



https://www.scandit.com/resources/guides/scandit-express-product-brochure/

## What is a barcode scanner SDK?

A barcode scanner SDK (software development kit) is a collection of code and documentation that allows a developer to add barcode scanning to their mobile or web application. It's composed of a barcode scanning library plus APIs (application programming interfaces), written documentation, code samples and tutorials.

The core of a barcode scanner SDK is the scanning library or scanning engine – computer vision software that detects and decodes barcodes, often using artificial intelligence. This software is often patented.

APIs (application programming interfaces) then allows developers to connect the core scanning library to their app. Scandit's barcode scanning software can be integrated into a webpage using Javascript, or in frameworks including React Native, Native iOS, Native Android, Xamarin, Flutter, .NET (iOS and Android), Cordova, Capacitor, and Titanium. Documentation, tutorials and code samples give guidance on how to do this and also cover important features such as usability and scanning interface design.

28

**What is a barcode scanner API?**                                                    ⌃

A barcode scanner API (Application Programming Interface) is code that allows developers to add a barcode scanning library or scan engine to their mobile or web application.

The barcode scanning library (usually specialist computer vision software and often proprietary) handles the core scanning functionality. The API both connects the barcode scanning library to the camera feed and sends the scan results to the rest of the application.

https://www.scandit.com/products/barcode-scanner-sdk/ (see "FAQ" section)

See also, for example, the below excerpts from Scandit's website which illustrate that the Scandit Barcode Scanner SDK retrieves data from a database to identify a barcode and display product information related to that barcode identifier.

29

## Scanning Performance

Scanning powers core business processes in many industries. When developing applications for high-volume and/or critical services used by employees or customers, consistent performance of the scanning engine is vital.

The scan is either the primary action of the app, e.g. capturing data via a barcode to identify a product, or it's the initiating task within the app, e.g. identifying a product to then display information about it.



### Performance Considerations

When selecting your software scanning solution consider your needs fully, from a business critical and user experience perspective, taking account of:

 **Barcode scan speeds, volume and accuracy**

 **Ease of use**
(angles and distance)

 **Barcode symbologies to be scanned**

 **Robustness and reliability**

 **Real-life conditions**
(poor light, damaged labels etc.)

30

## Future-proofing

Consider the long-term. Open source is limiting, often unreliable and requires high levels of unplanned maintenance just to maintain the initial functionality, before future improvements are considered.



When investing in a platform for future innovation, a critical success factor is the ability for software to evolve as your business evolves. With Scandit, what starts as single barcode scanning functionality can easily evolve into more advanced functionality. For example, with the addition of Scandit's augmented reality (AR) – overlays, real-time information can be displayed on the device screen from any data source. This opens up possibilities for new services such as giving customers product information and reviews or providing employees with stock levels and delivery data.

# $100k

Creating an in-house team of computer vision technical experts to future-proof innovation adoption is a costly business. Assume **$100K per full-time**

https://www.scandit.com/wp-content/uploads/2019/11/scandit-or-open-source-software.pdf

# iOS SDK Samples

This page provides a list of samples available for the Scandit Data Capture SDK for iOS. Each sample demonstrates a specific feature or use case of the SDK.

Progress bar when searching for multiple items

Pulsing blue dot and audio feedback for matching items

White dot for non-matching items

Pause button



Notification of completion

Search item with status

Finish process



**Search and Find**
Use barcode capture to define search criteria by scanning items, and MatrixScan Find can then be launched to find the pre-defined item.

https://docs.scandit.com/sdks/ios/samples/